FILED:  November 25, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:92-cr-00068-DJN-1 |
| Date notice of appeal filed in originating court: | 11/24/2020 |
| Appellant | Richard Tipton |
| Appellate Case Number | 20-16 |
| Case Manager | Emily Borneisen 804-916-2704 |