**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 15, 2020

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 20-16,    US v. Richard Tipton
3:92-cr-00068-DJN-1

TO:    Richard  Tipton

REQUESTED FORM(S) DUE:  December 18, 2020

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[X] Docketing statement - Criminal or Docketing statement - Civil or Agency

[X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704