**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
        Plaintiff – Appellee,

        v.                                                          Docket No. 20-16

RICHARD TIPTON,
        Defendant – Appellant.

---

**CAPITAL CASE**

**APPELLANT'S UNOPPOSED MOTION FOR ADDITIONAL
TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant Richard Tipton, by and through undersigned counsel, hereby moves the Court for a seven-day extension of time, up to and including January 6, 2021, within which to file the opening brief and joint appendix in this appeal.

In support of his Motion, Mr. Tipton states the following:

1.      On November 23, 2020, this Court issued a briefing order setting the deadline for filing the opening brief and joint appendix in this appeal for December 30, 2020.

2.      Undersigned counsel, Gerald King, who represented Mr. Tipton in the proceedings below, has now entered an appearance in this matter. Just prior to the initiation of this appeal, Mr. King left the Federal Defender Program, Inc., for the

Federal Public Defender for the Western District of North Carolina, where he will serve as Chief of the Capital Habeas Unit for the Fourth Circuit. While Mr. King and co-counsel have worked diligently to complete this brief, the logistical challenges posed by Mr. King's transition, combined with counsel's additional professional obligations and the disruptions of the winter holidays, necessitate a brief extension of time for filing in this appeal.

3.     Mr. King has contacted the government's counsel of record, Assistant United States Attorney Richard E. Cooke, regarding the filing of this motion. Mr. Cooke states that the government consents to the requested relief.

WHEREFORE, Appellant Richard Tipton respectfully prays that the Court grant a seven-day extension of time, up to and including January 6, 2021, within which to file the opening brief and joint appendix in this appeal.

This, the 29th day of December, 2020.

Respectfully submitted,

_/s/ Gerald W. King, Jr._
Gerald W. King, Jr.
Ga. Bar No. 140981
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

## CERTIFICATE OF SERVICE

I, Gerald W. King, hereby certify that a true and correct copy of the foregoing

*Unopposed Motion for Additional Time to File Opening Brief and Joint*

*Appendix* was duly served on Assistant United States Attorney Richard E. Cooke by

CM/ECF.

This 29th day of December, 2020.

/s/Gerald W. King, Jr.
Gerald W. King, Jr.
gerald_king@fd.org