FILED:  December 29, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 01/06/2021

Opening brief due: 01/06/2021

Response brief due: 01/27/2021

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk