# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 29, 2020

_____

NOTICE

_____

No. 20-16,    <u>US v. Richard Tipton</u>
          3:92-cr-00068-DJN-1

TO:    Gerald Wesley King

A change has been made to your contact information in the clerk's office. These changes must also be made to your upgraded PACER account by logging into PACER, selecting manage my account, and then the maintenance tab.

Emily Borneisen, Deputy Clerk
804-916-2704