FILED:  January 6, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places

appendix volume number II under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk