IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 20-16 |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant- Appellant. | ) | |

**Unopposed Motion by the United States for an
Extension for Filing its Response Brief**

The United States' response brief in this appeal is currently due on January 25, 2021, and respectfully requests a three-week extension, making the government's response brief due on Tuesday, February 15, 2021.

The government has not previously sought an extension in this case and is proceeding diligently in preparing its response brief. Due to recent emergency stay litigation before this Court in Case Nos. 20-15, 21-1, 21-2, and 21-3, as well as other filing deadlines in Case No. 19-6849, the government has regrettably lacked sufficient opportunity to complete its response brief. Defendant does not oppose the government's request.

For these reasons, the government respectfully requests a three-week extension of its filing deadline until February 15, 2021.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____/s/_____

Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

## Certificate of Service

I certify that on January 22, 2021, I filed electronically the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

By: _____/s/_____

Richard D. Cooke
Assistant United States Attorney

2