No. 20-16
(3:92-cr-00068-DJN-1)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

APPELLANT'S MOTION TO HOLD THIS APPEAL IN ABEYANCE

---

Gerald W. King, Jr.
Ga. Bar No. 140981
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

Appellant Richard Tipton III, by and through counsel, respectfully moves this Court to place and hold this appeal in abeyance pending its decision in *United States v. Thomas*, No. 20-6234. In support of his motion, Mr. Tipton states as follows.

1.    In this appeal, Mr. Tipton, a death-sentenced prisoner, contests the Eastern District of Virginia's denial of his motion pursuant to Section 404 of the First Step Act of 2018, which asked that court to reduce his sentences for interrelated offenses stemming from his possession and distribution of crack cocaine, as the statutory penalty for each has been modified by the Fair Sentencing Act.

2.    On January 6, 2021, Mr. Tipton filed his initial brief with this Court, presenting three issues: 1) whether the district court erred in concluding that Mr. Tipton's convictions pursuant to 21 U.S.C. § 848 were not "covered offenses" under Section 404 of the First Step Act; 2) whether Mr. Tipton, whose sentences of death were imposed pursuant to "covered offenses" under Section 404 of the First Step Act, is entitled to have those sentences reconsidered by a jury; and 3) whether the district court abused its discretion in concluding that its role was not to revisit the original jury's

3

sentencing determination, as doing so would run contrary to the goals of the First Step Act. See "Statement of the Issues," Appellant's Brief, DE 14 at 4. [1]

3.      On January 21, 2021, however, this Court ordered briefing in *Thomas*, also appointing Frances H. Pratt, the Federal Public Defender for the Eastern District of Virginia, to represent the appellant. *Thomas*, 20-6234, Appointment Order, DE 8-2, and Briefing Order, DE 10. The Court's letter appointing Ms. Pratt identified *Thomas* as presenting a single "issue of interest to the Court....Whether [a] 21 U.S.C. § 848 conviction is for a 'covered offense' under the First Step Act." *Thomas*, supra, Notice, DE 7 at 1; see also Appellant's Docketing Statement, DE 12 at 2.

4.      It appears that this Court intends, through *Thomas*, to answer whether § 848 *as a whole* constitutes a covered offense. Such precedent would inform this Court's adjudication of Mr. Tipton's first and threshold issue. Particularly as the error underlying that issue is the district court's division of § 848 into a collection of individual statutes, by way of concluding that its

---

[1]Following an extension of time, the Government's responsive brief is due on February 17, 2021. DE 22.

subsection (e)—the penalty provision under which Mr. Tipton was sentenced to death—was his "statute of conviction." See Appellant's Brief, D.E. 14 at 20-25; see also J.A. 161-63.

5.    Given this Court's indication that it will address this issue in *Thomas*, and in the interest of judicial economy, Mr. Tipton moves this Court to hold his case in abeyance.[2]

---

[2]Another consideration weighs in favor of an abeyance here. Mr. Tipton has asked this Court for leave to file a successive motion for habeas corpus relief, contending that the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), has rendered his convictions and sentences under 18 U.S.C. § 924(c) unconstitutional. *See In re Tipton*, No. 20-10, Authorization Motion (June 8, 2020), DE 2. This Court has placed that matter in abeyance pending its decision in *United States v. Ortiz-Orellana*, No. 16-4844. *In re Tipton*, No. 20-10, Order (November 17, 2020), DE 24. This Court's ultimate decision as to the constitutionality of Mr. Tipton's Section 924(c)(3) convictions would have relevance for any reconsideration of his sentences under the First Step Act—particularly if those convictions were vacated and excluded. *United States v. Chambers*, 956 F.3d 667, 675 (4th Cir. 2020). Accordingly, the interests of judicial economy would be best served if that question was resolved before the resolution of this appeal.

## CONCLUSION

For the foregoing reasons, Mr. Tipton respectfully moves this Court to hold this matter in abeyance pending this Court's resolution of *Thomas*.[3]

Respectfully submitted on this, the 17th day of February, 2021.

*/s/ Gerald W. King, Jr.*

Gerald W. King, Jr.
Ga. Bar No. 140981
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

---

[3] In accordance with Fourth Circuit Local Rule 27(a), Mr. Tipton's counsel conferred by telephone by counsel for the Government, Richard Cooke, who indicated that the Government opposes this motion and will file a response.

6

Counsel for Richard Tipton, III.

## <u>CERTIFICATE OF COMPLIANCE</u>

1. This motion has been prepared using Microsoft Word 2016 software, Book Antiqua font, 14-point proportional type size.

2. This motion contains * words.

February 17, 2021

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.

Counsel for Richard Tipton, III

## CERTIFICATE OF SERVICE

I certify that on this 17th day of February, 2021, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Counsel for Richard Tipton, III

9