# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 17, 2021

_____

RESPONSE REQUESTED
_____

No. 20-16,    US v. Richard Tipton
              3:92-cr-00068-DJN-1

TO:    United States of America

RESPONSE DUE: 03/01/2021

Response is required to the motion for abeyance on or before 03/01/2021.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Emily Borneisen, Deputy Clerk
804-916-2704