No. 20-16
(3:92-cr-00068-DJN-1)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

APPELLANT'S REPLY IN SUPPORT OF
MOTION TO HOLD THIS APPEAL IN ABEYANCE

---

Gerald W. King, Jr.
Ga. Bar No. 140981
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Stephen Northup
VSB #16547
Troutman Pepper, LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

In opposing Mr. Tipton's motion to place and hold his appeal in abeyance pending this Court's decision in *United States v. Thomas*, No. 20-6234, the Government ignores a significant, intervening development. On February 23, 2021, this Court entered an order granting a similar motion filed by *Mr. Tipton's co-defendant*, James Roane, placing his "case in abeyance pending a decision by this Court in *United States v. Thomas*." *U.S. v. James Roane*, No. 20-14 (DE 27).

Like Mr. Tipton, Mr. Roane has appealed the Eastern District of Virginia's denial of his motion pursuant to Section 404 of the First Step Act of 2018, which asked that court to reduce his sentences for interrelated offenses stemming from his possession and distribution of crack cocaine, as the statutory penalty for each has been modified by the Fair Sentencing Act. Appellant's Brief, *U.S. v. Roane* (DE 13). Like Mr. Tipton, Mr. Roane moved this Court to place and hold his appeal in abeyance pending its decision in *Thomas*, which presents a single "issue of interest to the Court" that informs the threshold question for both Mr. Tipton and Mr. Roane's appeals: "Whether [a] 21 U.S.C. § 848 conviction is for a 'covered offense' under the First Step Act." *Thomas*, supra, Notice, DE 7 at 1; see also Appellant's

3

Docketing Statement, DE 12 at 2; *see also* Roane Abeyance Motion, *Roane* (DE 22). Given this Court's action in *Roane*, Mr. Tipton urges it to do the same here. The Government offers no valid reason why Mr. Tipton should be treated differently from Mr. Roane; indeed, while the Government filed its opposition to Mr. Tipton's abeyance motion six days after this Court's order in *Roane*, that pleading makes no mention of it. Indeed, the Government's opposition here offers essentially the same arguments as its opposition in *Roane* (DE 25), which this Court found unavailing.

## CONCLUSION

For the foregoing reasons, Mr. Tipton respectfully moves this Court to hold this matter in abeyance pending this Court's resolution of *Thomas*.

Respectfully submitted on this, the 8th day of March, 2021.

4

*/s/ Gerald W. King, Jr.*

Gerald W. King, Jr.
Ga. Bar No. 140981
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Pepper, LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

## <u>CERTIFICATE OF COMPLIANCE</u>

1. This motion has been prepared using Microsoft Word 2016 software, Book Antiqua font, 14-point proportional type size.

2. This motion contains 716 words.

March 8, 2021

/s/ Gerald W. King, Jr.

Gerald W. King, Jr.

Counsel for Richard Tipton, III

## CERTIFICATE OF SERVICE

I certify that on this 8th day of March, 2021, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

> Richard Cooke, Esq.
> U.S. Attorney's Office
> Eastern District of Virginia
> 2100 Jamison Avenue
> Alexandria, Virginia 22314
> Richard.Cooke@usdoj.gov

> */s/ Gerald W. King, Jr.*
> Gerald W. King, Jr.
> Counsel for Richard Tipton, III

7