No. 20-16
(3:92-cr-00068-DJN-1)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

APPELLANT'S UNOPPOSED MOTION TO STAY THE BRIEFING
SCHEDULE PENDING RULING ON HIS ABEYANCE MOTION

---

| | |
|---|---|
| Gerald W. King, Jr. | Stephen Northup |
| Ga. Bar No. 140981 | VSB #16547 |
| Federal Public Defender | Troutman Pepper LLP |
| Western District of North Carolina | P.O. Box 1122 |
| 129 West Trade Street, Suite 300 | Richmond, Virginia 23218-1122 |
| Charlotte, NC 28202 | (804) 697-1240 |
| Tel: (704) 374-0720 | (fax) (804) 698-5120 |
| Direct: (704) 688-6946 | steve.northup@troutmanpepper.com |
| E-mail: gerald_king@fd.org | |

Jeffrey Lyn Ertel                          Frederick R. Gerson
Ga. Bar No. 249966                         VSB #39968
Federal Defender Program, Inc.             Durrette, Arkema, Gerson & Gill PC
101 Marietta Street, Suite 1500            Bank Of America Center
Atlanta, Georgia 30303                     1111 East Main Street, 16th Floor
404-688-7530                               Richmond, VA 23219
(fax) 404-688-0768                         fgerson@dagglaw.com
Jeff_Ertel@fd.org

Counsel for Richard Tipton, III.

Appellant Richard Tipton, III, is before this Court on appeal from the Eastern District of Virginia's denial of his motion pursuant to Section 404 of the First Step Act of 2018, which asked that court to reduce his sentences for interrelated offenses stemming from his possession and distribution of crack cocaine, as the statutory penalty for each has been modified by the Fair Sentencing Act. Appellant's Brief, *U.S. v. Roane* (DE 13). On February 17, 2021, Mr. Tipton moved this Court to place and hold that appeal in abeyance pending this Court's decision in *United States v. Thomas*, No. 20-6234, which presents a single "issue of interest to the Court" that informs the threshold question for his appeal: "Whether [a] 21 U.S.C. § 848 conviction is for a 'covered offense' under the First Step Act." *Thomas*, supra, Notice, DE 7 at 1.

On February 23, 2021, this Court granted an abeyance to Mr. Tipton's co-defendant, James Roane, on the same ground that Mr. Tipton presents here. Order, *U.S. v. James Roane*, No. 20-14 (DE 27) (Feb. 23, 2021) (placing his "case in abeyance pending a decision by this Court in [*Thomas*]"). The Government filed an opposition to Mr. Tipton's abeyance motion on March

1, 2021 (DE 26), and Mr. Tipton filed a reply in support of that motion on March 8, 2021 (DE 28).

Given the pendency of Mr. Tipton's abeyance motion, he respectfully moves this Court to stay the briefing schedule in this matter until it has adjudicated that motion.[1]  Mr. Tipton's counsel has conferred with counsel for the Government, Richard Cooke, and is authorized to state that the Government does not oppose staying the briefing schedule until this Court has ruled upon the abeyance motion.

## CONCLUSION

For the foregoing reasons, Mr. Tipton respectfully moves this Court to stay the briefing schedule in this matter pending its resolution of his abeyance motion.

Respectfully submitted on this, the 10th day of March, 2021.

---

[1] The Government has filed its response to Mr. Tipton's initial brief (DE 25); Mr. Tipton has not yet filed his reply brief.

4

*/s/ Gerald W. King, Jr.*

Gerald W. King, Jr.
Ga. Bar No. 140981
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Stephen Northup
VSB #16547
Troutman Pepper LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmanpepper.com

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

<u>**CERTIFICATE OF COMPLIANCE**</u>

1. This motion has been prepared using Microsoft Word 2016 software, Book Antiqua font, 14-point proportional type size.

2. This motion contains 722 words.

March 10, 2021

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.

Counsel for Richard Tipton, III

## CERTIFICATE OF SERVICE

I certify that on this 10th day of March, 2021, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

> Richard Cooke, Esq.
> U.S. Attorney's Office
> Eastern District of Virginia
> 2100 Jamison Avenue
> Alexandria, Virginia 22314
> Richard.Cooke@usdoj.gov

> /s/ Gerald W. King, Jr.
> Gerald W. King, Jr.
> Counsel for Richard Tipton, III

7