FILED:  March 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk