FILED: March 16, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

         Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

         Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion to hold case in abeyance, the court grants the court grants the motion and places this case in abeyance pending a decision by this court in *United States v. Thomas*, No. 20-6234.

Judge Motz and Judge Floyd voted to grant the motion. Judge Wilkinson voted to deny the motion.

For the Court

/s/ Patricia S. Connor, Clerk