FILED:  May 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court removes this case from abeyance and resumes the briefing schedule.

Reply brief (if any) due: 05/19/2022.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk