IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,           )
                                    )
            Appellee,               )
                                    )
      v.                            )        No. 20-16
                                    )
RICHARD TIPTON,                     )
                                    )
      Defendant- Appellant.         )

**Unopposed Motion by the United States to File
Amended Response Brief**

In this appeal under § 404 of the First Step Act, the United States filed its

response brief on February 17, 2021, and on March 16, 2021, this Court granted

defendant's motion to suspend the briefing schedule and hold this appeal in abeyance

for this Court's ruling in *United States v. Thomas*, No. 20-6234. This Court decided

*Thomas* on May 3, 2022, *see United States v. Thomas*, 32 F.4th 420 (4th Cir. 2022),

addressing whether an offense under 21 U.S.C. § 848(a) and (c) is a covered offense

under § 404 of the First Step Act, and on May 9, 2022, this Court ordered that

defendant file his reply brief on May 19, 2022.

In the time since the United States filed its response brief, the Supreme Court

decided *Terry v. United States*, 141 S. Ct. 1858 (2021), which resolved some

fundamental questions about the scope of which offenses qualify as covered offenses

under § 404(a) of the First Step Act, and the Second Circuit held that an offense under 21 U.S.C. § 848(e)(1)(A) is not a covered offense under § 404(a). *See United States v. Fletcher*, 997 F.3d 95 (2d Cir. 2021). In light of the developments in *Terry*, *Thomas*, and *Fletcher*, the United States respectfully requests leave to file an amended response brief addressing those new cases. Doing so will allow this Court to receive briefing from the United States that analyzes the current state of authority on the claims defendant's raises, and it will allow defendant's reply brief to address the United States' arguments on that new authority. By filing an amended response brief, the United States will avoid the need to request leave to file a brief addressing defendant's reply brief and will leave defendant with the usual prerogative that an appellant receives of filing the last brief in an appeal. The United States' suggested approach should also reduce the volume of briefing that this Court must review to decide this appeal while giving both parties an opportunity to address the new authority. The United States proposes filing its amended response brief on May 27, 2022.

Defendant does not oppose the United States' request for leave to file an amended response brief or the United States' request to file the amended response brief on May 27, 2022. Defendant could then file a reply brief following service of the United States' response brief.

2

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____

Richard D. Cooke
Joseph Attias
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

## Certificate of Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

By:  _____/s/_____

Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

3