FILED:  May 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court rescinds the order filed May 9, 2022, resuming briefing in this matter, and grants appellee's motion for leave to file an amended response brief.

Amended response brief due: 05/27/2022

Any reply brief permitted within 10 days from service of appellee's amended response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk