IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 20-16 |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant- Appellant. | ) | |

**United States' Unopposed Motion to File Corrected Response Brief**

When the United States filed its amended response brief in this appeal on May 27, 2022, the government made an error in the table of authorities for the brief. The table of authorities appears to be the one from the government's response brief in *United States v. Roane*, no. 20-14, which the government also filed on May 27, 2022. The United States requests leave to file a corrected brief later tonight that fixes the table of authorities and several nonsubstantive typographical errors. The United States would have submitted the corrected brief sooner, but the undersigned has been on leave since the filing of the response brief on May 27.

Defendant does not oppose the United States' request. The United States also expects that the due date for defendant Tipton's reply brief should run from the date that the United States files its new, corrected brief with the updated table of authorities.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
Richard D. Cooke
Joseph Attias
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

## Certificate of Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

_____/s/_____
Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471
richard.cooke@usdoj.gov