FILED: June 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a corrected

brief, the court grants the motion and accepts the corrected response brief for

filing.

A reply brief (if any) is permitted within 10 days of service of appellee's

corrected response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk