No. 20-16
(3:92-cr-00068-DJN-1)

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

CAPITAL CASE

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO FILE HIS REPLY**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Movant Richard Tipton III, by and through undersigned counsel, respectfully moves this Court to extend his time for filing his reply brief by fourteen (14) days, through and including June 30, 2022. The Government does not object to this request.  In support of his Motion, Mr. Tipton states the following:

1.    Mr. Tipton, a death-sentenced prisoner, has appealed the Eastern District of Virginia's denial of his motion pursuant to Section 404 of the First Step Act of 2018, which asked that court to reduce his sentences for interrelated offenses stemming from his possession and distribution of crack cocaine, as the statutory penalty for each has been modified by the Fair Sentencing Act. (DE 14.) Mr. Tipton filed his initial brief on January 6, 2021. *Id.* The Government filed its response on February 17, 2021. (DE 25.) On March 11, 2021, this Court entered an order suspending the briefing schedule and placing this matter in abeyance. (DE 31.) The abeyance remained in place until May 9, 2022, when this Court entered an Order resuming the briefing schedule. (DE 33.) On May 10, 2022, the Government filed an unopposed motion for leave to file an amended response brief (DE 34), which this Court granted on May 11, 2022 (DE 35). The Government filed its Response Brief on May 27, 2022. (DE 36.) On June 6, 2022, the Government filed a motion for leave to file a corrected Response Brief (DE 37, 38), which this Court granted in an order directing Mr. Tipton to file any Reply within ten days of service of the corrected Response Brief (DE 39). Mr. Tipton's Reply is presently due on June 16, 2022.

2.    Undersigned counsel respectfully move this Court to extend their time for filing Mr. Tipton's reply by two weeks, through and until June 30, 2022, in light of their workload and professional obligations. Counsel have worked diligently to complete this reply within the allotted ten days, but the complexity of the underlying issues and the need to address fully the new authority and argument in the Government's amended response necessitates this request for a brief extension.  Further, in the time since the Government filed its Response, counsel Gerald W. King, Jr., who has principal responsibility for this pleading, has had numerous and exigent professional and administrative obligations as Chief of the Fourth Circuit CHU.  Mr. King's obligations include but are not limited to: supplemental briefing in support of a Rule 60(b) motion in the capital case of *Bixby v. Stirling*, 4:17-cv-00954-BHH, which is due on June 14, 2022; a reply in support of Mr. Tipton's successive Section 2255 motion in the matter of *USA v. Tipton*, 3:92-cr-00068-DJN (EDVA), which is due on June 17, 2022; and objections to the Magistrate Court's Report and Recommendations in the capital case of *Bryant v. Stirling*, 9:16-cv-01423-DCN (DSC), which are due on July 2, 2022.

3.    Mr. King has contacted the Government's counsel of record, Assistant United States Attorney Richard D. Cooke, regarding the filing of

this motion. Mr. Cooke states that the Government does not object to the requested relief.

WHEREFORE, Appellant Richard Tipton III respectfully prays that this Court grant a fourteen-day extension of time, up to and including June 30, 2022, to file his reply in support of his amended motion to vacate.

This, the 14th day of June, 2022.

Respectfully submitted,

*/s/ Gerald W. King, Jr*
Gerald W. King, Jr.
Ga. Bar No. 140981
Chief, Fourth Circuit Capital
Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Pepper LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmanpepper.com

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Gerald King, hereby certify that a true and correct copy of the foregoing ***Unopposed Motion for an Extension of Time to File Reply in Support of Motion to Vacate*** was duly served on Assistant United States Attorney Richard D. Cooke by CM/ECF.

This 14th day of June, 2022.

<u>/s/ Gerald W. King, Jr.</u>
Gerald W. King, Jr.
Counsel for Richard Tipton, III