FILED:  June 15, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 06/30/2022.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk