No. 20-16
(3:92-cr-00068-DJN-1)

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

_____

CAPITAL CASE

_____

**APPELLANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION
OF TIME TO FILE HIS REPLY**

_____

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure,
Appellant Richard Tipton III, by and through undersigned counsel,
respectfully moves this Court to extend his time for filing his reply brief by
fourteen (14) days, through and including July 14, 2022. The Government
does not object to this request. In support of his Motion, Mr. Tipton states
the following:

1

1.      Mr. Tipton, a death-sentenced prisoner, has appealed the Eastern District of Virginia's denial of his motion pursuant to Section 404 of the First Step Act of 2018.  (DE 14.)  After Mr. Tipton and the Government filed their initial briefs in 2021 (DE 14, 25), this Court suspended the briefing schedule and placed this matter in abeyance (DE 31), where it remained until this Court's order of May 9, 2022 (DE 33). On May 10, 2022, the Government filed an unopposed motion for leave to file an amended Response Brief (DE 34), which this Court granted on May 11, 2022 (DE 35).  The Government filed its amended Response Brief on May 27, 2022, (DE 36), and a corrected amended Response Brief on June 6, 2022, (DE 38).  This Court previously granted a two-week extension of Mr. Tipton's time to file his Reply, which is presently due on June 30, 2022. (DE 41.)

2.      Undersigned counsel respectfully move this Court to extend their time for filing Mr. Tipton's reply by two weeks, through and until July 14, 2022.  Counsel Gerald King, who has principal responsibility for this pleading, has worked diligently to complete it, but must request this brief extension in light of his workload and other obligations.  In addition to his administrative duties as Chief of the Fourth Circuit Capital Habeas Unit, Mr. King's professional obligations have included, but are not limited to:

2

supplemental briefing in support of a Rule 60(b) motion in the capital case of *Bixby v. Stirling*, 4:17-cv-00954-BHH, filed on June 14, 2022; a reply in support of Mr. Tipton's successive Section 2255 motion in the matter of *U.S. v. Tipton*, 3:92-cr-00068-DJN (EDVA), filed on June 17, 2022; a training that he conducted for North Carolina capital practitioners on June 17, 2022; and objections to the Magistrate Court's Report and Recommendations in the capital case of *Bryant v. Stirling*, 9:16-cv-01423-DCN (DSC), which are due on July 2, 2022. Mr. King has also had unexpected family matters and health issues.

3.      The complexity of the underlying issues in Mr. Tipton's appeal and the need to address fully the new authority and argument in the Government's amended response necessitate this request for a brief extension. An extension of two weeks would also afford Mr. Tipton approximately the same amount of time to complete this Reply as this Court granted to his co-defendant, James Roane, who is appealing this same issue and received a thirty (30) day extension. See DE 36, *U.S. v. Roane*, No. 20-14.

4.      Mr. King has contacted the Government's counsel of record, Assistant United States Attorney Richard D. Cooke, regarding the filing of

3

this motion. Mr. Cooke states that the Government does not object to the requested relief.

WHEREFORE, Appellant Richard Tipton III respectfully prays that this Court grant a fourteen-day extension of time, up to and including July 14, 2022, to file his reply in support of his amended motion to vacate.

Respectfully submitted on this, the 24th day of June, 2022.

/s/ Gerald W. King, Jr
Gerald W. King, Jr.
Ga. Bar No. 140981
Chief, Fourth Circuit Capital
Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Pepper LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmanpepper.com

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

4

## CERTIFICATE OF SERVICE

I, Gerald King, hereby certify that a true and correct copy of the foregoing *Unopposed Motion for an Extension of Time to File Reply in Support of Motion to Vacate* was duly served on Assistant United States Attorney Richard D. Cooke by CM/ECF.

This 24th day of June, 2022.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III