**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

July 1, 2022

_____

TENTATIVE CALENDAR ORDER

_____

No. 20-16,    US v. Richard Tipton
3:92-cr-00068-DJN-1

This case is tentatively calendared for in-person oral argument during the

September 13-16, 2022, oral argument session in Richmond, Virginia.

Any motions that would affect the scheduling of argument, including

motions to continue, submit on the briefs, or argue by videoconference, must be

filed by 07/11/2022,  or counsel must show that relief could not have been

requested by that date. Motions must state whether opposing counsel consents to

the requested relief.

Any conflicts that would affect the scheduling of argument and any

additional cases counsel is tentatively scheduled to argue during this session must

be identified by filing a Notice Regarding Conflict with Proposed Argument Dates

(form available at www.ca4.uscourts.gov/court-form-fees by 07/11/2022. The form

should not be filed if counsel is available throughout the session and is arguing this

case only.

Counsel shall file within 7 days 4 copies of their briefs, except 0 copies of the opening briefs and joint appendix are required.  The paper copy requirement applies to any briefs and appendices filed by counsel but not to pro se briefs. Paper copies must be identical as to cover, binding, page numbering, and formatting, and must match the electronic copy. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

Counsel will be notified either that the case has been scheduled for a date certain during the session or continued to the next available session. The identity of the panel hearing a case is not disclosed until the morning of argument.

For questions regarding scheduling of argument, please call 804-916-2714. For questions regarding required copies of briefs and appendices, please call 804-916-2700.

/s/ PATRICIA S. CONNOR, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk