**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

July 26, 2022

ORAL ARGUMENT NOTIFICATION

**Case:**  20-16, US v. Richard Tipton

**Argument Date**:  September 14, 2022

**Session Starting Time**: 9:30 a.m.

**Staggered Check-In**: Consult the Oral Argument Calendar at: https://www.ca4.uscourts.gov/oral-argument/oral-argument-calendar the day before argument.  On the day of argument, check in at the Library (Room 101, 1000 East Main St., Richmond, VA) based upon the order in which your case is scheduled for argument:
>       First Case: Check in at 9:00 a.m.
>       Second Case: Check in at 9:30 a.m.
>       Third Case: Check in at 10:00 a.m.
>       Fourth Case: Check in at 10:30 a.m.

**Argument Panel**: The Oral Argument Calendar (uscourts.gov) will be updated with the identity of the argument panel at 8:00 a.m. on the day of argument.

**Oral Argument Acknowledgment**: Arguing counsel must file the Oral Argument Acknowledgment form (ECF Event: **Oral Argument Acknowledgment**) within 7 days of this notice.

**Certification of Compliance with Argument Protocol**:  Arguing counsel and any person attending argument must file a Certification of Compliance with Argument Protocol form, confirming that they will comply with COVID-19 protocols.  See Powell Courthouse Entry and Oral Argument Protocol.  Arguing counsel should file the certification at the same time as their oral argument acknowledgment form (ECF Event: **Certification of Compliance with Argument Protocol**).  Certification forms for attendees may be filed in ECF or emailed to pat_connor@ca4.uscourts.gov.

**Limited Attendance**: A total of two people (inclusive of arguing counsel) may attend oral argument on behalf of each side, including in consolidated appeals.  The

requirement that counsel for each defendant in consolidated criminal appeals attend argument is waived.  Requests for additional attendance by counsel, parties, media, or public should be submitted at least 14 days in advance.  The request may be made by filing a motion in the case or by sending an email to pat_connor@ca4.uscourts.gov. The request should be accompanied by a Certification of Compliance with Argument Protocol form.

**Audio Live-stream**: An audio live-stream of oral argument will be available from **Listen** links provided on each page of the argument calendar at Oral Argument Calendar (uscourts.gov).  Archived recordings will be available following argument at Listen to Oral Arguments (uscourts.gov).

**Entrance Screening**: All persons entering the building must conduct a temperature self- screening at the building entrance. By entering the building, they certify they do not have symptoms of COVID-19 and are not subject to isolation or quarantine under CDC Guidelines.

**Proof of Vaccination or Negative COVID-19 Test**: All persons must present proof they are fully vaccinated (two weeks after the second dose of the Pfizer, Moderna, or Novavax vaccine or one dose of the Johnson & Johnson vaccine). Persons who are not fully vaccinated must present proof of the negative results from a COVID-19 test taken within 72 hours before entry.

**Masking and Social Distancing**: All persons, regardless of vaccination status, must wear a mask covering their nose and mouth and practice social distancing by maintaining six feet of distance whenever possible in all public and shared common areas. Masks must be worn in the courtrooms but arguing counsel may, at their option, remove their masks while at the lectern.

**Motions for Remote Argument**: Counsel diagnosed with or exposed to COVID-19 and subject to isolation or quarantine may file a motion for oral argument via videoconference, setting forth good cause and stating whether opposing counsel would appear in person or by videoconference if the motion is granted.  If necessary to protect confidential information, counsel may, without further leave of court, file sealed and public versions of the motion for oral argument by videoconference.  If the motion is granted, counsel appearing by videoconference must participate in a Zoom test session with court staff in advance of the argument date.  See Remote Argument Information for Counsel.

**Notification Regarding Positive Test Result within 5 Days after Argument**: Arguing counsel or other attendees who test positive for COVID-19 within 5 days after argument must promptly notify the clerk at (804) 916-2764.