FILED:  August 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-14
(3:92-cr-00068-DJN-3)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

Defendant – Appellant


_____

No. 20-16
(3:92-cr-00068-DJN-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

For reasons appearing to the court, appeal Nos. 20-14 and 20-16 are

consolidated for the purpose of oral argument.  Total argument time of 20 minutes

per side is allotted for the consolidated argument of both cases.  Amended oral

argument acknowledgment forms sharing the allocated time are required from

counsel for appellants.

For the Court

/s/ Patricia S. Connor, Clerk