## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 20-14, 20-16              Date of Oral Argument: 09/14/22

Caption: U.S. v. James Roane, Jr.; U.S. v. Richard Tipton, III.

Attorney Arguing: Joanne Heisey; Gerald W. King, Jr.

Arguing on Behalf of (party name):

James Roane, Jr.; Richard Tipton, III

Select party type:

☑Appellant  ☐Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time

→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases

→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Gerald W. King, Jr.

Phone Number (day of argument): 704-533-5120

Principal Argument Time: 8          Rebuttal Argument Time (if any): 4
(for appellants and appellees)          (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Joanne Heisey

Phone Number (day of argument): 717-201-1736

Principal Argument Time: 8          Rebuttal Argument Time (if any):
(for appellants and appellees)          (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:          Select one of the following: ☐ Order allowing argument time
                                            ☐ Court-Appointed Amicus

Signature:                            Date: 08/22/22

03/08/2022 SCC