# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST – THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

PHONE NUMBER (215) 928-0520
FAX NUMBER    (215) 928-0826
FAX NUMBER    (215) 928-3508

**HELEN A. MARINO**
INTERIM CHIEF FEDERAL DEFENDER

August 25, 2022

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: *United States v. Roane*, No. 20-14

---

**Appellant James H. Roane, Jr.'s, Notice Pursuant to**
**Federal Rule of Appellate Procedure 28(i)**

---

Dear Ms. Connor:

Pursuant to Federal Rule of Appellate Procedure 28(i), Appellant James H. Roane, Jr., hereby adopts by reference sections II.A. and III. of the Argument of co-appellant Richard Tipton's Reply Brief, pages 11-14 and 16-17. *United States v. Tipton*, No. 20-16 (4th Cir. July 14, 2022).

Respectfully submitted,

/s/ Joanne Heisey
Joanne Heisey
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Capital Habeas Unit
The Curtis Center, Suite 545 West
601 Walnut Street
Philadelphia, PA  19106
(215) 928-0520

Dated: August 25, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2022, a copy of the foregoing document has been served electronically upon the following person:

Richard D. Cooke
Assistant United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Joanne Heisey
Joanne Heisey