# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 1, 2022

_____

## DOCKET CORRECTION NOTICE

_____

No. 20-14 (L),  <u>US v. James Roane, Jr.</u>
3:92-cr-00068-DJN-3

TO:   Richard  Tipton
James H. Roane

FILING CORRECTION DUE:  **November 1, 2022**

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile document using



Event:  Petition for rehearing with petition for rehearing en banc

[X] Please refile document, selecting both parties you are filing on behalf of.

Emily Borneisen, Deputy Clerk
804-916-2704