# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 30, 2023

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


   Re: James H. Roane, Jr., and Richard Tipton
     v. United States
     No. 22-7309
     (Your No. 20-14, 20-16)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


       Sincerely,

       **Scott S. Harris**, Clerk